AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whitley, James C. | Bankruptcy Court-WDNC | 06/12/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Charles R. Jonas Federal Bldg.
401 W. Trade Street
Charlotte, NC 28202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trustee #1 |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 9

**Name of Person Reporting**

Whitley, James C.

**Date of Report**

06/12/2015

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North Carolina Bar Association | 11/07/2014 - 11/08/2014 | Asheville, North Carolina | Attend State Bankruptcy Seminar | Meals, hotel, and transportation. |
| 2. | South Carolina Law Association | 05/02/2014 - 05/03/2014 | Asheville, North Carolina | Attend State Bankruptcy Seminar | Meals, hotel, and transportation. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 06/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CBF Agg Growth Fund | A | Dividend | K | T | | | | | |
| 2. CBF Agg Growth Fund | A | Dividend | K | T | | | | | |
| 3. ClearBridge Sp. Inv. Tr. Class C, f/k/a LM Cap Mgmt Leading Co Tr * | C | Dividend | K | T | | | | | |
| 4. American Funds New Perspective Mutual Fund | D | Dividend | M | T | | | | | |
| 5. American Funds Washington Mutual Funds | D | Dividend | M | T | | | | | |
| 6. ▓▓▓▓▓ | F | Distribution | K | W | | | | | |
| 7. American Funds Washington Mutual Funds | A | Dividend | | | Sold | 07/17/14 | K | C | |
| 8. American Funds. Templeton Foreign Mutual Fund | A | Dividend | | | Sold | 07/17/14 | K | C | |
| 9. RBC Money Mkt Sweep Account | A | Interest | K | T | Distributed (part) | 07/17/14 | K | | |
| 10. | | | | | Distributed (part) | 07/28/14 | J | | |
| 11. RBC Money Market Sweep Accounts | A | Interest | J | T | | | | | |
| 12. American Funds. New Perspective Mutual Fund | B | Dividend | | | Sold (part) | 01/04/14 | J | A | |
| 13. | | | | | Sold (part) | 01/29/14 | K | C | |
| 14. | | | | | Sold | 06/10/14 | K | D | |
| 15. RBC Money Mkt Sweep Acct. | A | Interest | K | T | Distributed (part) | 01/29/14 | K | | |
| 16. | | | | | Buy | 06/10/14 | K | | |
| 17. | | | | | Distributed (part) | 07/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Belmont Federal Savings & Loan Account | A | Interest | L | T | | | | | |
| 19. American FundsTempleton Dev Mkt Foreign Mutual Fund | B | Dividend | J | T | | | | | |
| 20. American Funds Washington Mutual Funds | A | Dividend | J | T | | | | | |
| 21. Growth Fund American Mutual Fund | B | Dividend | K | T | | | | | |
| 22. Black Rock US Opp Class C | B | Dividend | K | T | | | | | |
| 23. ClearBridge Spec. Inv. Tr. f/k/a Legg Mason Special Invest. Trust (Y)* | | | | | | | | | |
| 24. American Funds New Perspective Mutual Fund | A | Dividend | J | T | | | | | |
| 25. Legg Mason Value Trust Mutual Fund (Y)* | | | | | | | | | |
| 26. ClearBridge Sp. Inv. Tr. f/k/a Legg Mason Cap Mgmt Sp Inv Tr | A | Dividend | | | Sold | 06/10/14 | J | A | |
| 27. Royce Total Return Fund, a/ka/ Royce FD | D | Dividend | L | T | | | | | |
| 28. RBC Money Market Savings Acct | A | Interest | J | T | | | | | |
| 29. Europac Growth Fund | A | Dividend | J | T | | | | | |
| 30. Invesco Am Fr Fund Class A | C | Dividend | K | T | | | | | |
| 31. Wells Fargo f/k/a Wachovia Bank Various Accounts | A | Interest | K | T | | | | | |
| 32. Estate 1: | | | | | | | | | |
| 33. Belmont Federal Various Accounts | A | Interest | L | T | | | | | |
| 34. Spectra Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Asset Group #1: (Y)* | | | | | | | | | |
| 36. Rental Property, Charlotte, NC * | C | Rent | | | Donated | | | | |
| 37. TRUST 1: | | | | | | | | | |
| 38. Residential Lot #1, Gaston County, NC | | None | M | W | | | | | |
| 39. Residential Lot #2, Gaston County, NC | | None | K | W | | | | | |
| 40. Residential Lot #3, Gaston County, NC | | None | K | W | | | | | |
| 41. Residential Lot #4, Gaston County, NC | | None | J | W | | | | | |
| 42. Residential Lot #5, Gaston County, NC | | None | J | W | | | | | |
| 43. Residential Lot #6, Gaston County, NC | | None | J | W | | | | | |
| 44. Residential Lot #7 (1/2 Interest) Gaston County, NC | | None | K | W | | | | | |
| 45. Residential Lot #8 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 46. Residential Lot #9 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 47. Residential Lot #10 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 48. Residential Lot #11 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 49. Residential Lot #12 (1/2 Interest) Gaston County, NC | | None | J | W | | | | | |
| 50. Belmont Federal Various Accounts | A | Interest | L | T | | | | | |
| 51. Wachovia Various Accounts (Y)* | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RBC Money Market Sweep Acct | A | Interest | M | T | Buy | 10/25/14 | J | | |
| 53. | | | | | Buy | 11/24/14 | K | | |
| 54. | | | | | Buy | 10/28/14 | K | | |
| 55. Invesco AIM Investments European Growth Fund Class A | B | Dividend | K | T | Sold (part) | 10/20/14 | J | A | |
| 56. | | | | | Sold (part) | 11/24/14 | J | A | |
| 57. American Funds Capital World Bond Fund Class A | C | Dividend | M | T | Sold (part) | 10/20/14 | J | A | |
| 58. | | | | | Sold (part) | 10/28/14 | J | A | |
| 59. American Funds Europacific Growth Fund Class A | A | Dividend | K | T | Sold (part) | 10/20/14 | J | A | |
| 60. | | | | | Sold (part) | 10/28/14 | J | A | |
| 61. American Funds Growth Fund of America Class A | D | Dividend | M | T | Sold (part) | 10/20/14 | J | A | |
| 62. | | | | | Sold (part) | 10/28/14 | J | A | |
| 63. American Funds Investment Co of America Class A | E | Dividend | M | T | Sold (part) | 10/20/14 | J | A | |
| 64. | | | | | Sold (part) | 10/28/14 | J | A | |
| 65. Capital World Bond Fund * (Y) | | | | | | | | | |
| 66. LaSalle Bank CD | B | Interest | | | Redeemed | 11/24/14 | K | A | |
| 67. Goldman Sachs Bank CD | A | Interest | K | T | | | | | |
| 68. Union Bank NA CD | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 06/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, #23 - Correct error on 2013 Annual Report, #17, Clearbridge Spec. Inv. Trust is deleted as being a duplicate entry of #3 ('13 Annual Report.) Funds were reorganized and renamed causing confusion.

Part VII, #25 - Correct error on 2013 Annual Report, #25, Legg Mason Value Trust is deleted as being a duplicate entry of #19 ('13 Annual Report.)

Part VII - #35 - #36, Asst Gp 1, Rental property is deleted as asset has been transferred (donated) to a family trust (which is not subject to reporting.)

Part VII - #51, Wachovia Various Accts: Correct error. Amended Rpt indicates these were opened 12/19/13. These accounts were closed, not opened.

| Name of Person Reporting | Date of Report |
|---|---|
| Whitley, James C. | 06/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James C. Whitley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544